## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  April 23, 2015                      518876
_____

In the Matter of the Claim of
    CHRISTOPHER K. MAHER,
                          Appellant.
                                              MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                          Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Peters, P.J., McCarthy, Rose and Lynch, JJ.

_____

        Christopher K. Maher, Monroe, appellant pro se.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed May 17, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because he voluntarily left his employment without good cause.

        Decision affirmed.  No opinion.

        Peters, P.J., McCarthy, Rose and Lynch, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court